IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUBY BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:00-0116 |
| | ) JUDGE KNOWLES |
| RUSSELL STOVER CANDIES, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, the Court concludes that there is no genuine issue as to any material fact, and that Defendant is entitled to a judgment as a matter of law. Defendant's Renewed Motion for Summary Judgment is, therefore, GRANTED, and Plaintiff's Renewed Motion for Partial Summary Judgment is hereby DENIED.

This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge